UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PENA,<br><br>Plaintiff,<br><br>v.<br><br>PARAMOUNT RECOVERY SERVICE and WESTLAKE FINANCIAL SERVICES, INC.,<br><br>Defendants. | Case No. 5:24-cv-1395 JGB (DTBx)<br><br>**JUDGMENT** |
| WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>TONY PRESEAU; and DOES 1 through 20, inclusive,<br><br>Third-Party Defendants. | |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Westlake Financial Services, Inc. ("Westlake"), and good cause appearing, **IT IS HEREBY ORDERED**:

1. Westlake's Motion for Default Judgment is **GRANTED-IN-PART**;

2. Judgment is entered in favor of Westlake and against Third-Party Defendant Tony Preseau on Westlake's breach of contract and indemnity claims.

3. Westlake is **AWARDED**:

    a. $1,761.66 in actual damages;

    b. $40,000.00 in indemnification for the settlement between Westlake and Plaintiff Ramon Pena;

    c. $152.24 in attorneys' fees; and

    d. $939.00 in costs.

4. Westlake is **ORDERED** to mail a copy of this Judgment and the Order concurrently filed therewith to Preseau.  Westlake shall file a Proof of Service with the Court within **ten days** of the date of this Judgment.

**IT IS SO ORDERED.**

Dated: November 19, 2025

THE HONORABLE JESUS G. BERNAL
United States District Judge