# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PENA,<br><br>        Plaintiff,<br><br>v.<br><br>PARAMOUNT RECOVERY SERVICE and WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES<br><br>        Defendants. | Case No. 5:24-cv-01395-JGB-DTB<br><br>**AMENDED JUDGMENT** |
| WESTLAKE SERVICES, LLC dba WESTLAKE FINANCIAL SERVICES,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>TONY PRESEAU; and DOES 1 through 20, inclusive,<br><br>        Third-Party Defendants. | |

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Default Judgment filed by Westlake Services, LLC d/b/a Westlake Financial Services." ("Westlake"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Westlake's Motion for Default Judgment is **GRANTED-IN-PART**;
2. Judgment is entered in favor of Westlake and against Third-Party Defendant Tony Preseau on Westlake's breach of contract and indemnity claims.
3. Westlake is **AWARDED**:
    a. $1,761.66 in actual damages;
    b. $40,000.00 in indemnification for the settlement between Westlake and Plaintiff Ramon Pena;
    c. $152.24 in attorneys' fees; and
    d. $939.00 in costs.
4. Westlake is **ORDERED** to mail a copy of this Judgment and the Order concurrently filed therewith to Preseau. Westlake shall file a Proof of Service with the Court within **ten days** of the date of this Judgment.

**IT IS SO ORDERED.**

Dated: November 26, 2025

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge